ACCEPTED
03-14-00559-CR
4365013
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 11:01:07 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00559-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 11:01:07 AM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

**Zane Lynn Barton,**
*Appellant,*
**v.**
**The State of Texas,**
*Appellee.*

ON APPEAL FROM THE 22nd DISTRICT COURT, HAYS COUNTY, TEXAS TRIAL COURT CAUSE NO. CR-13-0614

**APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

Amanda Erwin
State Bar No. 24042939
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@therwinlawfirm.com
*Counsel for Zane Lynn Barton*

## Identity of Parties and Counsel

**Appellant's Appellate Counsel:**

Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804


**Appellee:**

The Honorable Wes Mau
Hays County District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5 and 38.6(d), the Appellant, Zane Lynn Barton, files this Second Motion to Extend Time to File Appellant's Brief.

The Appellant's opening brief is currently due on **March 9, 2015**.

Counsel for Appellant, Zane Lynn Barton, requests a 45-day extension of time to file Appellant's brief, making the brief due on **April 23, 2015**. This is the second request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1) Counsel for Appellant had a murder jury trial February 9 through 16 in Caldwell County Texas.

2) Counsel for Appellant has several approaching jury trial settings in District and County Courts.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented, This request is not sought for delay but so that justice may be done,

All facts recited in this motion are within the personal knowledge of the

counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant respectfully requests that this Court grant this Second Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to **April 23, 2015.** Appellant requests all other relief to which Appellant may be entitled.

Respectfully Submitted,

/s/ Amanda Erwin
Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Attorney for Appellant

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that of March 4, 2015, a copy of this motion was electronically served, to the following:

The Honorable Wes Mau
Hays County District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666

/s/ Amanda Erwin
Amanda Erwin